# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VAN HORN, METZ & CO., INC., | : | |
| *Plaintiff,* | : | |
| v. | : | CIVIL NO. 23-3596 |
| PNC FINANCIAL SERVICES GROUP, INC., | : | |
| *Defendant.* | : | |

## ORDER

**AND NOW**, this **15th** day of **March 2024**, upon consideration of Defendant's Motion to Dismiss (ECF No. 4), Plaintiff's Response in Opposition (ECF No. 5), and Defendant's Reply in Support of its Motion (ECF No. 7), it is **hereby ORDERED** that, for the reasons stated in the accompanying Memorandum, Defendant's Motion to Dismiss (ECF No. 4) is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE.**

If Plaintiff elects to amend its Complaint, it must do so **within thirty (30) days of the entry of this Order**, otherwise the case will be closed.

BY THE COURT:

/S/KAI N. SCOTT
**HON. KAI N. SCOTT**
**United States District Court Judge**